UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:94-CR-00044-ECR-RAM |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: MARCH 20, 2008 |
| | ) | |
| SHAWN ANTHONY WASHINGTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:            EDWARD C. REED, JR.                    U.S. District Judge

Deputy Clerk:    COLLEEN LARSEN    Reporter:    NONE APPEARING

U.S. Attorney by:           NONE APPEARING

Counsel for Defendant(s)           NONE APPEARING

MINUTE ORDER IN CHAMBERS

**IT IS HEREBY ORDERED** that Defendant Washington's Joinder (#1140) in motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) filed by Defendant Maurice Lee, filed March 17, 2008, is **DENIED**.

It is inappropriate for a co-defendant in this case to join in another defendant's similar motion. If Defendant Washington wishes to supplement his motion with material from the other defendant's motion, he may wish to seek the Court's approval to do so.

LANCE S. WILSON, CLERK

By      /s/
        Deputy Clerk

FILED   RECEIVED
ENTERED   SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 20 2008

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                             DEPUTY